RECEIVED
MAY 3 0 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-cr-032 |
| v. | **INDICTMENT** |
| KEVIN DUANE STALEY, | T. 18, U.S.C. §§ 922(g), 924(a)(d)(1) |
| Defendant. | T. 18, U.S.C. § 924(c)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of a Firearm In Furtherance of a Drug Trafficking Crime)**

On or about October 11, 2017, in the Southern District of Iowa, defendant, KEVIN DUANE STALEY, did knowingly possess a firearm, that is, a Smith and Wesson, Model M&P Shield, .40 caliber pistol, serial number HRP1952, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to-wit: possession with intent to distribute a controlled substance and distribution of a controlled substance in violation of Title 21, United States Code, Section 841.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possess a Firearm by a Prohibited Person)**

On or about October 11, 2017, in the Southern District of Iowa, defendant, KEVIN DUANE STALEY, a user of and addicted to a controlled substance, did knowingly possess, in and

affecting commerce, a firearm, that is, a Smith and Wesson, Model M&P Shield, .40 caliber pistol, serial number HRP1952, and ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**NOTICE OF FORFEITURE:**

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in this Indictment.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney