AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
| :--- | :--- |
| v. | ) |
| KEVIN DUANE STALEY | ) Case No. 1:18-cr-032 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN DUANE STALEY
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm in furtherance of a Drug Trafficking crime this is a violation of Title 18, United States Code, Section 924(c)(1)(A) and Possess a firearm by a Prohibited Person this is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) and Forfeiture

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *[signature]*
DEPUTY CLERK

Date: 05/30/2018

*Issuing officer's signature*

City and state: Council Bluffs, Iowa

Ross A. Walters, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/30/18, and the person was arrested on *(date)* 6/28/18
at *(city and state)* Red Oak, IA

Date: 6/29/18

*Arresting officer's signature*

Corey A. Sherven, DUSM
*Printed name and title*