IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) <br> ) <br> ) | 1:18cr32 |
| v. | ) <br> ) | MOTION FOR LEAVE<br>TO FILE UNDER SEAL |
| KEVIN DUANE STALEY<br>Defendant | ) <br> ) | |

COMES NOW Mary C. Gryva, attorney for the Defendant, and moves this Court for an Order allowing her to file an objection to the presentence report prepared in this matter under seal. The basis for said motion is that the objections contain information of a sensitive nature and it is in the defendant's best interests and serves the interest of justice that said pleading be sealed.

WHEREFORE the Defendant requests an Order allowing defense counsel to file the Defendant's objections to the presentence report in this matter under seal.

KEVIN DUANE STALEY,
Defendant

*By s/Mary C. Gryva*
Attorney for the Defendant
P.O. Box 8574
Omaha, NE  68108
(402) 346-0874

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent information of such filing to the following:    Richard Rothrock.

*s/Mary C. Gryva*