IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | 1:18-cr-032 |
| | ) | |
| v. | ) | MOTION FOR LEAVE TO FILE |
| | ) | UNDER SEAL |
| KEVIN DUANE STALEY | ) | |
| Defendant | ) | |

COMES NOW Mary C. Gryva, attorney for the defendant, and moves this Court for an order allowing her to file the motion for variance on behalf of the defendant in this matter under seal. The basis for said motion is that the referenced variance motion contains information of a sensitive nature and it is in the client's best interests and serves the interest of justice that said motion be sealed.

WHEREFORE the Defendant requests an order allowing defense counsel to file the defendant's motion to vary downward under seal.

KEVIN DUANE STALEY
Defendant

*By s/Mary C. Gryva*
Attorney for the Defendant
P.O. Box 8574
Omaha, NE  68108
(402) 346-0874

CERTIFICATE OF SERVICE

I herby certify that on the 9th day of January, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent information of such filing to the following: Richard Rothrock.

*s/Mary C. Gryva*